IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COUNTRY MUTUAL
INSURANCE COMPANY                                              PLAINTIFF

v.                     No. 3:19-cv-278-DPM

SAMUEL JACKSON; JACKSON HOUSE
HOLDING LLC; MYLES OVERTON,
Individually and d/b/a Econo-Storage;
CECELIA OVERTON, Individually and
d/b/a Econo-Storage; DARRELL TILLMAN;
CHAD TILLMAN; DARRELL TILLMAN
LLC; DARRELL TILLMAN & SONS LLC;
SAM TILLMAN FARMS LLC;
and JOHN DOES 1-3                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2020